UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. C-12-1884 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| TIM V. VIRGA, Warden, *et al.*, | |
| Defendants. | |

Gregory Goods, an inmate at the California State Prison - Sacramento ("CSP - Sacramento") in Represa, filed this *pro se* civil rights action under 42 U.S.C. § 1983. He complains of events and omissions that occurred at CSP - Sacramento, which is located in Sacramento County, within the venue of the Eastern District of California. The Defendants, most of whom work at the prison, apparently reside in the Eastern District of California. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: April 23, 2012

_____
EDWARD M. CHEN
United States District Judge