IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY GOODS,** | Case No. 2:12-cv-1111 MCE EFB P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **TIM V. VIRGA, et al.,** | |
| Defendants. | |

~~GOOD CAUSE appearing~~, Defendant's motion to modify the discovery and scheduling order is ~~GRANTED~~ DENIED as unnecessary. ~~The parties must file any pre-trial motions no later than March 28, 2014.~~ The deadline for filing dispositive motions is already set for March 26, 2014. *See* ECF No. 33.

IT IS SO ORDERED.

Dated: February 26, 2014.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE